| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

**Defendant:** **UL LLC dba UL Registrar LLC**
**Bankruptcy Case:** **HRB Winddown, Inc.**
**Preference Period:** **Sep 19, 2019 - Dec 18, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081362 | $6,226.94 | 12/5/2019 | 77220007980 | 10/31/2019 | $2,250.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081362 | $6,226.94 | 12/5/2019 | 77220007945 | 10/31/2019 | $3,976.94 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080487 | $17,563.18 | 10/3/2019 | 77220007706 | 8/28/2019 | $8,995.38 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080487 | $17,563.18 | 10/3/2019 | 77220007554 | 7/12/2019 | $3,649.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080487 | $17,563.18 | 10/3/2019 | 77220007183 | 3/28/2019 | $4,917.94 |

**Totals:** **2 transfer(s),** **$23,790.12**

UL LLC dba UL Registrar LLC (2266222)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1